**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Ticketmaster LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-2534 GHK (JWJx) |
| v. | |
| RMG Technologies, Inc., et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

____4/18/07____   ____Audrey B. Collins____
Date                        United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____   _____
Date                        United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case ____CV 07-1092 ABC (JCx)____ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____Johnson____ to Magistrate Judge ____Chooljian____.

On all documents subsequently filed in this case, please substitute the initials ____ABC (JCx)____ after the case number in place of the initials of the prior judge, so that the case number will read ____CV 07-2534 ABC (JCx)____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

APR 18 2007                                                                                    ENTERED ON CM 4/30/07

dockets.Justia.com