Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-2534 ABC (JWJx)<br><br>Hon. Audrey B. Collins<br><br>Courtroom: 680<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION REQUIRING PRESERVATION OF EVIDENCE<br><br>Complaint Filed: April 17, 2007 |
|---|---|

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The Court, having reviewed the pleadings and declarations of plaintiff Ticketmaster L.L.C. and having received no opposition from defendant RMG Technologies, Inc. to the Court's April 19, 2007 Order to Show Cause, hereby finds as follows:

1. On April 17, 2007, the same day Ticketmaster filed its Complaint in this action, Ticketmaster filed an *Ex Parte* Application against defendant RMG Technologies, Inc. ("RMG") for an order "requiring RMG and its agents, servants, employees, representatives and attorneys, and all persons acting in

41113137.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

DOCKETED ON CM
MAY - 7 2007
BY

Dockets.Justia.com

concert or participating with RMG, to desist and refrain from tampering with, destroying, or permitting the loss or destruction of documents and other information, including without limitation computer equipment, computer files, and printed documents, that is relevant or that might lead to the discovery of admissible evidence based on the allegations of the Complaint."

2. On April 19, 2007, the Court granted Ticketmaster's *Ex Parte* Application and issued a Temporary Restraining Order against RMG. The Court also issued an Order to Show Cause Why a Preliminary Injunction Should Not Issue.

3. Ticketmaster has established, through the certification of its counsel and proofs of service, that it gave proper notice to RMG of the Order to Show Cause Why a Preliminary Injunction Should Not Issue. RMG did not oppose the Order.

4. Ticketmaster has established that Ticketmaster will suffer irreparable harm if documents and other information in RMG's possession which is relevant to this litigation are tampered with, destroyed or lost, because RMG may be the only source for obtaining such documents and information.

5. Ticketmaster has established that the balance of hardships tips sharply in Ticketmaster's favor, because the relief requested by Ticketmaster will merely preserve the status quo and will not impose any hardship on RMG.

6. Ticketmaster has established that unless RMG continues to be restrained in the manner requested, Ticketmaster will have no adequate remedy at law.

Therefore, the Court ORDERS as follows:

Defendant RMG and its agents, servants, employees, representatives and attorneys, and all persons acting in concert or participating with RMG, is PRELIMINARILY ENJOINED during the pendency of this action from tampering with, destroying, or permitting the loss or destruction of documents and other

information, including without limitation computer equipment, computer files, and printed documents, that is relevant or that might lead to the discovery of admissible evidence based on the allegations of the Complaint filed in this action.

This Order is made without prejudice to either party's right to seek the Court's assistance in modifying this Order during the pendency of the litigation, as the circumstances may warrant.

**IT IS FURTHER ORDERED** that:

Ticketmaster need not post security for this Preliminary Injunction because the requested relief is consistent with the discovery obligations specified by the Federal Rules of Civil Procedure following the commencement of an action. Thus, there is no risk that RMG will incur or suffer costs or damages by reason of this Injunction.

IT IS FURTHER ORDERED that the Temporary Restraining Order entered by this Court on April 19, 2007, is dissolved.

**IT IS SO ORDERED.**

Dated: _May 3_, 2007

_____
United States District Court Judge

SUBMITTED BY:
MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
DONALD R. BROWN (Bar No. CA 156548)

By: _____
Donald R. Brown
Attorneys for *Plaintiff*
TICKETMASTER L.L.C.