Ticketmaster LLC v. RMG Technologies Inc et al                                              Doc. 11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

PRIORITY SEND

Case No. CV 07-2534-ABC (JCx)                    Date May 14, 2007

Title Ticketmaster, LLC -vs- RMG Technologies, Inc.

==================================================================

PRESENT:

HON. AUDREY B. COLLINS, DISTRICT JUDGE

Daphne Alex                          Not reported
Deputy Clerk                         Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:
Not Present                          Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
               PROSECUTION

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than June 8, 2007 why this action should not be dismissed for lack of prosecution as to the defendant(s) RMG Technologies, Inc.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)' response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

___  Proof of service of summons and complaint on defendants

_X_  Answer by defendants  named above
     or plaintiffs(s)' request for entry of default

_X_  Plaintiff(s)' motion for entry of default judgment or request
     to the Clerk for entry of default judgment

_X_  Stipulation and Order extending time to respond to complaint

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

MINUTES FORM 11                                  Initials of Deputy Clerk DA
CIVIL-GEN

DOCKETED ON CM
MAY 16 2007
BY _____ 009



Dockets.Justia.com