```
1  Jay M. Coggan (SBN 86107)
   David N. Tarlow (SBN 214050)
2  COGGAN & TARLOW
   1925 Century Park East, Suite 2320
3  Los Angeles, California 90067
   Telephone  (310) 407-0922
4  Facsimile  (310) 407-0923
5
   Attorneys for RMG TECHNOLOGIES, INC., a Delaware corporation
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER, L.L.C., a Virginia limited liability company, | CASE NO. CV 07-2534 ABC(JCx) |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. |
| v. | |
| RMG TECHNOLOGIES, INC., a Delaware corporation and DOES 1 through 10, inclusive, | Complaint Filed: April 17, 2007 |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the respective parties, that Defendant RMG TECHNOLOGIES, INC., a Delaware corporation's time to respond to the Complaint is extended to June 4, 2007.

//
//
//
//

IT IS SO ORDERED
Dated: 5/24/07

United States District Judge

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: May___, 2007 | MANATT, PHELPS & PHILLIPS |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Donald R. Brown |
| 5 | | Attorneys for Plaintiff Ticketmaster,<br>L.L.C., a Virginia limited liability |
| 6 | | company. |
| 7 | DATED: May 22, 2007 | COGGAN & TARLOW |
| 8 | | |
| 9 | | By: *[signature: David Tarlow]* |
| 10 | | David N. Tarlow |
| 11 | | Attorneys for Defendant RMG<br>Technologies, Inc., a Delaware |
| 12 | | corporation. |
| 13 | | **ORDER** *(struck through)* |
| 14 | Having reviewed the above-stated stipulation, IT IS SO ORDERED. | |
| 15 | | |
| 16 | DATED: | _____ |
| 17 | | Hon. Audrey B. Collins, Judge of U.S. District Court |

| | | |
|---|---|---|
| 1 | DATED: May 23, 2007 | MANATT, PHELPS & PHILLIPS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Donald R. Brown |
| | | Attorneys for Plaintiff Ticketmaster, |
| 5 | | L.L.C., a Virginia limited liability company. |
| 6 | | |
| 7 | DATED: May 22, 2007 | COGGAN & TARLOW |
| 8 | | |
| 9 | | By: _____ |
| 10 | | David N. Tarlow |
| | | Attorneys for Defendant RMG |
| 11 | | Technologies, Inc., a Delaware corporation. |

## ORDER

Having reviewed the above-stated stipulation, IT IS SO ORDERED.

DATED: _____

Hon. Audrey B. Collins, Judge of U.S. District Court