Ticketmaster LLC v. RMG Technologies Inc et al.                                                                                         Doc. 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

## CIVIL MINUTES - GENERAL

Case No.   CV 07-2534 ABC (JCx)                                           Date :  June 26, 2007

Title   Ticketmaster LLC v. RMG Technologies Inc et al.

*Priority Send*

Present: The Honorable   Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                           Attorneys Present for Defendant:

None Present                                                              None Present

**Proceedings:**      DEFENDANT'S MOTION TO DISMISS COMPLAINT  (In Chambers)

On June 4, 2007, Defendant RMG Technologies filed a Motion to Dismiss Complaint. On June 25, 2007, Plaintiff filed a First Amended Complaint. Defendant's Motion to Dismiss is therefore STRICKEN as moot.

Initials of Preparer   D.A.





Dockets.Justia.co