# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 07-2534 ABC (JCx) |
| Date | August 7, 2007 |
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. |

Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

Priority Send

Present: The Honorable  Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                                    None Present

**Proceedings:**     DEFENDANT'S MOTION TO DISMISS  (In Chambers)

Pending before the Court is Defendant's Motion to Dismiss. Due to Court congestion, the Court hereby CONTINUES hearing on the motion to **Monday, October 15, 2007, at 10:00 a.m.**

Initials of Preparer   D.A



DOCKETED ON CM
AUG - 7 2007
BY D.A  151