Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | September 4, 2007 |
|---|---|---|---|

| Title | Ticketmaster LLC v. RMG Technologies Inc et al. |
|---|---|

*Priority Send*

---

Present: The Honorable   Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:**        DEFENDANT'S EX PARTE APPLICATION  (In Chambers)

　　　Pending before the Court is Defendant's Ex Parte Application to Extend the Hearing on Ticketmaster L.L.C.'s Motion for Preliminary Injunction, filed on August 30, 2007.  Plaintiff filed an Opposition on August 31, 2007.  The Court finds this matter appropriate for determination without oral argument.  See Fed. R. Civ. Pro. 78; Local Rule 7-15.

　　　Upon consideration of the parties' submissions and the case file, the Court finds that a short continuance is appropriate.  The Court hereby CONTINUES the hearing on Plaintiff's Motion for a Preliminary Injunction to October 1, 2007, at 10 a.m.  Defendant's Opposition shall be due on or before Monday, September 17, 2007.  Plaintiff's Reply shall be due on or before Monday, September 24, 2007.  Courtesy copies must be delivered to chambers.

IT IS SO ORDERED.

Initials of Preparer          D.A

（30）

DOCKETED ON CM
SEP - 4 2007
BY _____ D.A __ 151

---

Dockets.Justia.com