Case 2:07-cv-02534-ABC-JC   Document 43   Filed 09/24/2007   Page 1 of 1

Ticketmaster LLC v. RMG Technologies Inc et al.                                                                                Doc. 43

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-2534 ABC (JCx) |
| Date | September 24, 2007 |
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. |

*Priority Send*

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  
None Present

Attorneys Present for Defendant:  
None Present

**Proceedings:** LETTER (In Chambers)

On September 24, 2007, the Court received a letter dated September 21, 2007, from Arkansas Attorney General Dustin McDaniel. Therein, Mr. McDaniel presented his views of the merits of the case. The Court wishes to advise the parties that this wholly inappropriate letter will have no influence on this Court's decisions in this case.

Initials of Preparer   D.A.