Case 2:07-cv-02534-ABC-JC   Document 44   Filed 09/27/2007   Page 1 of 1

Ticketmaster LLC v. RMG Technologies Inc et al.   Doc. 44

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-2534 ABC (JCx) |
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. |
| Date | September 27, 2007 |

*Priority Send*

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:** PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (In Chambers)

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction, currently scheduled for hearing on October 1, 2007. The Court hereby CONTINUES the hearing on Plaintiff's Motion to **Monday, October 15, 2007, at 10 a.m.**

IT IS SO ORDERED.

Initials of Preparer   D.A.



