MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
MARK S. LEE (Bar No. CA 094103)
DONALD R. BROWN (Bar No. 156548)
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

SEND

FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY       D.A       DEPUTY

LODGED
2007 SEP 25 PM [illegible]
CLERK U.S. DISTRICT...
CENTRAL...
LOS A...

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff(s)<br><br>v.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>CV-07-2534 ABC (JCx)<br><br>SETTLEMENT PROCEDURE SELECTION:<br>NOTICE, REQUEST AND ORDER |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the: ☐ district judge *or*
☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or

☒ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings. (Gary Urwin) Defendants in related cases would prefer consolidated settlement conference. However, Plaintiff's preference is for separate settlement conferences.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 24 SEPT 07                    _____/s/ Mark Lee_____
                                     Attorney for Plaintiff

Dated: _____               _____
                                     Attorney for Plaintiff

Dated: 25 Sept. 07                   _____/s/ David Taylor_____
                                     Attorney for Defendant

Dated: _____               _____
                                     Attorney for Defendant

**IT IS SO ORDERED**, the above request is:
☒ APPROVED.  Settlement Conference [shall] [shall not] be consolidated.
☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 9/25/07                       _____/s/ A. Collins_____
                                     United States District Judge/Magistrate Judge

DOCKETED ON CM
SEP 27 2007

cc: Attorney Settlement Officer Panel Coordinator

ADR-01 (05/03)    SETTLEMENT PROCEDURE SELECTION: NOTICE AND REQUEST AND ORDER    American LegalNet, Inc.    015

45

## PROOF OF SERVICE

I, Rebecca Blake, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On September 25, 2007, I served a copy of the within document(s):

**SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by sending an electronic message with attached PDF.

David N. Tarlow, Esq.
Law Offices of Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, California 90067-2343
Tel. No. (310) 407-0922
Fax No. (310) 407-0923
Email: dnt@cogganlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 25, 2007, at Los Angeles, California.

_____
Rebecca Blake

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES