Case 2:07-cv-02534-ABC-JC  Document 50  Filed 10/03/2007  Page 1 of 1

Ticketmaster LLC v. RMG Technologies Inc et al.  Doc. 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**'ORIGINAL'**

CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | October 3, 2007 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

*Priority Send.*

Present: The Honorable Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Present  None Present

**Proceedings:** PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (In Chambers)

The Court is working on Plaintiff's Motion for a Preliminary Injunction, set for hearing on October 15, 2007, at 10:00 a.m. In support of the Motion, Plaintiff submitted the Declaration of Kevin McLain, in which Mr. McLain explained that he was able "to discover the identities of a few of the individuals or companies who use these automated devices" and "to find out all the activity attributable to known RMG networks" on a given day. (McLain Decl. ¶¶ 24, 27; see also ¶¶ 26, 37.) To assist the Court's understanding of Mr. McLain's declaration, Plaintiff is hereby ORDERED to submit a supplemental declaration demonstrating, by walking the Court through at least one specific example, how Plaintiff was able to connect a ticket order and/or request made through ticketmaster.com to known RMG networks.

The Declaration shall be no more than 5 (five) pages, not including exhibits, and must be filed **no later than October 5, 2007.**

Defendant may submit a responsive declaration, no longer than 5 (five) pages, not including exhibits, **no later than October 9, 2007.**

**SO ORDERED.**

Initials of Preparer  D.A.

DOCKETED ON CM
OCT - 3 2007
BY _____ 151