# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

"ORIGINAL"

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | October 11, 2007 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

*Priority Send*

| Present: The Honorable | Audrey B. Collins | |
|---|---|---|

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:              Attorneys Present for Defendant:

　　　　　None Present                                    None Present

**Proceedings:**     DEFENDANT'S MOTION TO DISMISS (In Chambers)

Pending before the Court is Defendant's Motion to Dismiss First Amended Complaint. Upon consideration of the materials submitted by the parties and the case file, the Court finds the Motion appropriate for determination without oral argument. See Fed. R. Civ. Pro. 78; Local Rule 7-15. The Court therefore **VACATES** the hearing set for October 15, 2007, and takes the motion **UNDER SUBMISSION**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　Initials of Preparer   D.A.





DOCKETED ON CM
OCT 11 2007
BY D.A.  151