# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | November 9, 2007 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY (In Chambers)

In an order filed concurrently with this minute order, the Court granted Plaintiff's ex parte application for expedited discovery.

The Court further ORDERS that the TBAT code and any other materials RMG characterizes as "trade secrets" in its opposition to the application may be deemed "confidential," may be used by Plaintiff only for litigation purposes against RMG and others who use RMG's products and services to purchase tickets on the ticketmaster.com website, and to maintain the security of its website. The materials may be disclosed **only** to Plaintiff's Information Technology and legal personnel and outside legal counsel, staff, experts, and consultants for such purposes.

**IT IS SO ORDERED.**

                                                                              :
                                            Initials of Preparer    AB for DA

Dockets.Justia.com