CLERK, U.S. DISTRICT COURT

NOV 1 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C. a Virginia limited liability company, <br><br> PLAINTIFF(S), <br> v. <br><br> RMG TECHNOLOGIES, INC., a Delaware corporation, et al., <br><br> DEFENDANT(S), | **CASE NUMBER** <br><br> CV07-2534 ABC (JWJx) <br><br><br> NOTICE OF CLERICAL ERROR <br> (Non-E-filed Document(s)) |

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____    Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct  magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number has been reassigned to new case number _____

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s):  _____

☐ To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's initials: _____

☒ Other: Notice of Ruling regarding Order granting Expedited Discovery filed 11/14/07 was not issued an item control number.

Date November 16, 2007

CLERK, U.S. DISTRICT COURT

By: _____    Irene Ramirez
        Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (09/04)                    NOTICE OF CLERICAL ERROR
                            (NON E-FILED DOCUMENT(S))