ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 07-2534 ABC (JWJx) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TICKETMASTER'S TIME TO RESPOND TO COUNTERCLAIM AND SETTING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between Plaintiff Ticketmaster L.L.C. and IAC/Interactive Corp. (collectively, "Ticketmaster") and Defendant RMG Technologies, Inc. ("Defendant"), through their respective counsel of record, as follows:

1. Ticketmaster was served with a Counterclaim in this action on October 29, 2007;

2. Ticketmaster and Defendant agree that Defendant shall have until December 3, 2007 to file any amended Counterclaim that any Defendant may wish to file;

3. Defendant has agreed to extend Ticketmaster's time to respond to the existing Counterclaim or any amended counterclaim until December 17, 2007;

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND

Dockets.Justia.com

4. Ticketmaster has agreed to extend Defendant's time to oppose any motion(s) to dismiss and/or strike the Counterclaim to January 22, 2008;

5. Defendant has agreed to extend Ticketmaster's time to reply to Defendant's opposition to any motion(s) to dismiss and/or strike the Counterclaim to February 11, 2008;

6. The parties have agreed to set the hearing on any Ticketmaster motion(s) to dismiss on February 25, 2008.

7. Ticketmaster has a tentative agreement with all defendants who have filed similar counterclaims against Ticketmaster in other actions pending before this Court to enter into the same briefing schedule in connection with any motion(s) to dismiss and/or strike in an effort to have all such similar motions heard by this Court on the same day.

STIPULATED AND AGREED TO:

Dated: November 15, 2007          MANATT, PHELPS & PHILLIPS, LLP

                                  By: /s/ Robert H. Platt
                                  Robert H. Platt
                                  Attorneys for *Plaintiffs*
                                  TICKETMASTER L.L.C. and
                                  IAC/Interactive

Dated: November 15, 2007          COGGAN & TARLOW

                                  By: /s/ Jay M. Coggan
                                  Jay M. Coggan
                                  Attorneys for *Defendant*
                                  RMG TECHNOLOGIES, INC.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: November 19, 2007          _____
                                  Honorable Audrey B. Collins

41178072.1

**PROOF OF SERVICE**

I, Jill A. Serena, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On November 16, 2007, I served a copy of the within document(s): ***STIPULATION AND [PROPOSED] ORDER EXTENDING TICKETMASTER'S TIME TO RESPOND TO COUNTERCLAIM AND SETTING BRIEFING SCHEDULE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight agent for delivery.

☐ by causing the document(s) listed above to be hand delivered to the person(s) at the address(es) set forth below by a certified messenger service.

☐ by sending an electronic message with attached PDF.

David N. Tarlow, Esq.
Law Offices of Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, California 90067-2343
Tel. No. (310) 407-0922
Fax No. (310) 407-0923
Email: davidtarlow@verizon.net
Email: dnt@cogganlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2007, at Los Angeles, California.

_____
Jill A. Serena

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41173406.1