UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: Ticketmaster LLC v. RMG Technologies Inc et al

Court of Appeals No. (leave blank if unassigned) _____

U.S. District Court, Division & Judge Name  Central California, L.A., Hon. Audrey B. Collins

Criminal and/or Civil Case No. 2:07-cv-02534-ABC-JC

Date Complaint/Indictment/Petition Filed: 04/17/2007

Date Appealed order/judgment *entered*: 10/16/07

Date NOA *filed*: 11/07/2007

Date(s) of Indictment _____   Plea Hearing _____   Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number  Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 11/20/07       Date Docket Fee Billed _____
Date FP granted: _____              Date FP denied _____
Is FP pending? ☐ yes ☐ no            Was FP limited _____
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking*

**COUNSEL INFORMATION** (please include email address)

Appellate Counsel:                       Appellee Counsel:

Jay M Coggan                             Robert H Platt
Jay M Coggan & Associates                Manatt Phelps & Phillips
1925 Century Park E, Ste 2320            11355 W Olympic Blvd
Los Angeles, CA 90067                    Los Angeles, CA 90064-1614
310-407-0922                             310-312-4000
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____

**DEFENDANT INFORMATION**
Prisoner ID _____           Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____        9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C REYES
                                                     213 894-3570

A-8 (08/02) (CA9-014)     NOTICE OF APPEAL NOTIFICATION FORM

[Receipt stamps:]
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
11/20/2007 3:37:32 PM Receipt #: 101952
Cashier: LLUNG CLA 1-1]
Paid by: COGGAN AND TARLOW
2:CV07-02534
2006-510000        Judicial Services (1)
Amount:                         $150.00

2:CV07-02534
2003-086900        6 - Filing Fees(1)
Amount:                         $105.00

2:CV07-02534
2008-086400 Appeals Filing Fee - Special(1)
Amount:                         $195.00

Comments: $5.00 BALANCE DUE ON FUND 086400
Check Payment: 5881 /           450.00
Total Payment:                  450.00
(= NO REFUNDS WITHOUT WHITE RECEIPT =)

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
11/20/2007 4:01:26 PM Receipt #: 101953
Cashier: LLUNG CLA 1-1]
Paid by:
2:CV07-02534
2008-086400 Appeals Filing Fee - Special(1)
Amount:                         $5.00

Cash Payment:                   5.00
Total Payment:                  5.00
(= NO REFUNDS WITHOUT WHITE RECEIPT =)