**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

NOV 19 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RMG TECHNOLOGIES INC., a Delaware corporation,<br><br>Defendant - Appellant. | No. 07-56666<br><br>D.C. No. CV-07-02534-ABC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
Nov 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

The appeal filed on November 7, 2007 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 14 days after the filing date of this order, appellant shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment. Failure to pay the fees shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

If they have not already done so, within 7 calendar days of the filing date of this order, the parties shall make arrangements to obtain from the court reporter an

S:\MOATT\Clrkords\11-07\st\07-56666.wpd

07-56666

official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule is set as follows: the opening brief is due not later than December 5, 2007; the answering brief is due January 2, 2008, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days of service of the answering brief. *See* 9th Cir. R. 3-3(b). If appellant fails to file timely the opening brief, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

For the Court

Stephen Tollafield
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A