UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

07-56666

**CASE INFORMATION:**
Short Case Title: Ticketmaster LLC v. RMG Technologies Inc et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, L.A., Hon. Audrey B. Collins
Criminal and/or Civil Case No. 2:07-cv-02534-ABC-JC
Date Complaint/Indictment/Petition Filed: 04/17/2007
Date Appealed order/judgment *entered*: 10/16/07
Date NOA *filed*: 11/07/2007
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____           Date Docket Fee Billed: _____
Date FP granted: _____                Date FP denied: _____
Is FP pending? ☐ yes ☐ no              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                     Appellee Counsel:

Jay M Coggan                           Robert H Platt
Jay M Coggan & Associates              Manatt Phelps & Phillips
1925 Century Park E, Ste 2320          11355 W Olympic Blvd
Los Angeles, CA 90067                  Los Angeles, CA 90064-1614
310-407-0922                           310-312-4000

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____ *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____                     Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                  9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C REYES
                                                    213 894-3570

A-8 (08/02) (CA9-014)          NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com