# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
|---|---|
| | CV07-2534ABG(JWJx) |

| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |
|---|---|
| Ticketmaster, LLC v. RMG Technologies, Inc. | 11/7/2007 |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 10/15/2007 | Katherine Stride | [x] OTHER (PLEASE SPECIFY) Motion for Preliminary Injunction |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[x] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

**NAME, ADDRESS AND TELEPHONE NUMBER:**

David N. Tarlow, SBN 214050
Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, CA 90067
(310)407-0922

**DATE TRANSCRIPT ORDERED:** 11/16/2007

*[signature]*

SIGNATURE
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)

COPY ONE

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss:
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: **1925 Century Park East, #2320, Los Angeles, California 90067**

On **November 16, 2007**, I served the foregoing document described as **Transcript Designation and Ordering Form** on all interested parties in this action as follows:

## SEE SERVICE LIST ON NEXT PAGE

(X) **BY MAIL.** I caused such envelopes to be deposited in the mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon, fully prepaid, at Los Angeles, California in the ordinary course of business.

( ) **BY OVERNIGHT DELIVERY SERVICE.** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

( ) **BY PERSONAL SERVICE,** I caused such envelope to be delivered by hand to the above-named addressee(s).

( ) **VIA FACSIMILE.** I caused such documents to be delivered via facsimile at (310) 312-4224 to the offices of the addressees.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

Executed on this 16th day of November, 2007, at Los Angeles, California.

David N. Tarlow

## SERVICE LIST

Robert H. Platt, Mark S. Lee, and Donald R. Brown
Manatt, Phelps & Phillips LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
Fax: (310) 312-4224