ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
CHAD S. HUMMEL (Bar N. CA 139055)
chummel@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
ncohen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C. and IAC/INTERACTIVE CORP.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-2534 ABC (JCx)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TICKETMASTER'S TIME TO RESPOND TO COUNTERCLAIM AND RE-SETTING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between Plaintiff Ticketmaster L.L.C. and IAC/Interactive Corp. (collectively, "Ticketmaster") and Defendant RMG Technologies, Inc. ("RMG"), through their respective counsel of record, as follows:

1. On November 20, 2007, the Court entered an Order Extending Ticketmaster's Time to Respond to Counterclaim and Setting Briefing Schedule ("Stipulation"). The Order called for Ticketmaster to respond to RMG's existing counterclaims or any amended counterclaims by December 17, 2007.

2. On December 17, 2007, Ticketmaster requested that RMG agree to provide Ticketmaster with an additional four business days to file its response to RMG's First Amended Counterclaims. Ticketmaster made this request because

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND

Dockets.Justia.com

1  Chad S. Hummel, the attorney primarily responsible for preparing Ticketmaster's
2  motion papers, was required unexpectedly and immediately to leave town to care
3  for an ill family member.
4     3. Accordingly, counsel for Ticketmaster and RMG agree as follows:
5        (a)  Ticketmaster's time to respond to RMG's First Amended
6  Counterclaims is hereby extended from **December 17, 2007** to **December 21,**
7  **2007**;
8        (b)  RMG's time to oppose any motion filed by Ticketmaster in
9  response to RMG's First Amended Counterclaims shall be extended from **January**
10 **22, 2008**, up to and including **January 28, 2008**;
11       (c)  Ticketmaster's time to file any reply in support of any Motion
12 Ticketmaster filed in response to RMG's First Amended Counterclaims shall
13 remain unchanged at **February 11, 2008**.
14       (d)  The hearing date on any motion Ticketmaster files in response
15 to RMG's First Amended Counterclaims shall remained unchanged at **February**
16 **25, 2008**.
17 STIPULATED AND AGREED TO:

Dated: December 17, 2007    MANATT, PHELPS & PHILLIPS, LLP

By: _____
Noel S. Cohen
Attorneys for *Plaintiffs*
TICKETMASTER L.L.C. and
IAC/Interactive

Dated: December 17, 2007    COGGAN & TARLOW

By: _____
Jay M. Coggan
Attorneys for *Defendant*
RMG TECHNOLOGIES, INC.

IT IS SO ORDERED
Dated 12/18/07

_____
United States District Judge

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: December ___, 2007

_____
Honorable Audrey B. Collins

41178072.3

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND

# PROOF OF SERVICE

I, Jill A. Serena, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On December 17, 2007, I served a copy of the within document(s): ***STIPULATION AND [PROPOSED] ORDER EXTENDING TICKETMASTER'S TIME TO RESPOND TO COUNTERCLAIM AND RE-SETTING BRIEFING SCHEDULE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight agent for delivery.

☐ by causing the document(s) listed above to be hand delivered to the person(s) at the address(es) set forth below by a certified messenger service.

☐ by sending an electronic message with attached PDF.

David N. Tarlow, Esq.
Law Offices of Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, California 90067-2343
Tel. No. (310) 407-0922
Fax No. (310) 407-0923
Email: davidtarlow@verizon.net
Email: dnt@cogganlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2007, at Los Angeles, California.

_____
Jill A. Serena

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41173406.1