JAY M. COGGAN (SBN 86107)
DAVID N. TARLOW (SBN 214050)
JOSHUA G. BLUM (SBN 249082)
COGGAN & TARLOW
1925 Century Park East, Suite 2320
Los Angeles, California 90067
Tel:  (310) 407-0922
Fax:  (310) 407-0923

Attorney for Defendant/Counterclaim-Plaintiff RMG
TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER, L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: CV-07-2534 ABC(JCx)<br><br>**RMG TECHNOLOGIES, INC.'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS COUNTERCLAIMS 1 THROUGH 4.**<br><br>Date:     2/25/2008<br>Time:    10:00 a.m.<br>Place:   **Courtroom of Hon. Audrey B. Collins** |

Defendant/Counterclaim-Plaintiff, RMG TECHNOLOGIES, INC., by and through its attorneys of record, hereby requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents:

**Exhibit A:** Attached hereto as Exhibit A are true and correct copies of various news stories regarding Ticketmaster's recent purchase of TicketsNow.com.

//

Dated: January 28, 2008  COGGAN & TARLOW

*David N. Tarlow (signature)*

By: David N. Tarlow
Attorneys for RMG Technologies, Inc.

**EXHIBIT A**



THE ASSOCIATED PRESS  January 15, 2008, 9:27AM ET

# Ticketmaster to purchase TicketsNow

**W. HOLLYWOOD, CALIF.**

Ticketing service Ticketmaster, a unit of Barry Diller's Internet conglomerate IAC/InterActiveCorp, said Tuesday it will buy TicketsNow in an effort to boost its resale business.

Terms were not disclosed.

Ticketmaster said the acquisition will allow it to provide customers the ability to review and compare ticket availability and pricing in primary, premium and resale categories. The company plans to offer customers ticket validation and electronic ticket delivery for their resale purchases.

Rolling Meadows, Ill.-based TicketsNow, which works with more than 800 professional ticket resellers, will continue to use its Rolling Meadows and Crystal Lake, Ill. facilities once the transaction closes. Chief Executive Cheryl Rosner and the current management team are expected to stay with the company.

The acquisition is expected to close by the end of the first quarter.

Copyright 2000-2008 by The McGraw-Hill Companies Inc. All rights reserved.

The McGraw-Hill Companies

Los Angeles Business from bizjournals - January 15, 2008
http://www.bizjournals.com/sanfrancisco/othercities/losangeles/stories/2008/01/14/daily17.html

# SAN FRANCISCO Business Times

Tuesday, January 15, 2008

# Ticketmaster to buy TicketsNow

Los Angeles Business from bizjournals

**Ticketmaster** has agreed to buy **TicketsNow**, an independent web-based resale marketplace for music, sports and other live entertainment event tickets, the company said Tuesday.

Rolling Meadows, Ill.-based TicketsNow works with more than 800 professional ticket resalers, according to a release, and the purchase will make Ticketmaster a leading company in the resale category. Ticketmaster said in a release that it will create an integrated platform where fans can simultaneously review and compare ticket pricing and availability in the primary, premium and resale categories.

Terms of the deal, which is expected to close by the end of the first quarter, were not disclosed. After the deal closes, TicketsNow will continue to operate from its Rolling Meadows and Crystal Lake, Ill. locations, and the company's current management team is expected to remain in place, according to a release.

West Hollywood-based Ticketmaster is an operating business of **IAC/InterActiveCorp** (NASDAQ: IACI).

*All contents of this site © American City Business Journals Inc. All rights reserved.*

<->



# Billboard.biz



PRINT THIS

Powered by Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

### Ticketmaster Snaps Up TicketsNow
January 15, 2008 - Touring

By Ray Waddell, Nashville

Ticketmaster is raising the stakes in the secondary ticketing business by entering into a definitive agreement to acquire TicketsNow for a pricetag of about $265 million in cash, sources confirm to Billboard.biz.

Ticketmaster will integrate TicketsNow with its own TicketExchange and other ticketing programs whereby fans can simultaneously review and compare ticket availability and pricing in the primary, premium and resale categories.

Ticketmaster will work with its venue, promoter, team and other live entertainment clients to offer ticket validation and electronic ticket delivery to fans purchasing in the resale marketplace.

Launched in 1999 and based in Rolling Meadows, Illinois, TicketsNow works with nearly 700 vetted, professional ticket resellers. The Ticketmaster/TicketsNow deal is subject to customary regulatory review, and Ticketmaster expects the deal to close by the end of the first quarter.

Upon completion of the transaction, TicketsNow will continue to operate from its Rolling Meadows and Crystal Lake, Ill., locations. Cheryl Rosner will continue as CEO, and the company's current management team is expected to remain in place.

The news comes only days after global concert promotion/production giant Live Nation unveiled its plans to launch its own ticketing company when the bulk of its Ticketmaster deal expires by the end of the year.

**Links referenced within this article**

Touring
http://www.billboard.biz/bbbiz/industry/touring.jsp

**Find this article at:**
http://www.billboard.biz/bbbiz/content_display/industry/e3i0866a023946845afb0212a4fb032cca1

Click to Print

SAVE THIS | EMAIL THIS | Close

☑ Uncheck the box to remove the list of links referenced in the article.

© 2008 VNU eMedia Inc. All rights reserved.



Home

## Ticketmaster/TicketsNow: After the Deal

Tue, 01/15/2008 - 1:03pm — TicketBuzz

By Alfred Branch, Jr.

With the announcement earlier today that Ticketmaster was buying TicketsNow for an estimated $265 million, one thing is certain, the secondary ticket market is clearly where the action is.

Ticketmaster, which has dominated the primary ticket market for years, had watched as StubHub! and a host of other companies gobbled up portions of the secondary market, making it a more engaging marketplace for consumers who not only found easily found tickets to sold out events but also often bargains in the process. Ticketmaster had suing several companies such as StubHub! and fighting against state legislation to legalize ticket reselling, but ultimately realized that it couldn't stop progress.

But, the deal to buy TicketsNow is not necessarily a slam dunk. It will require federal regulatory approval, and even though it will instantly make Ticketmaster the number two secondary ticket reseller behind StubHub!, the deal will also require some finessing by the two sides to make it work.

Ticketmaster paid handsomely for TicketsNow, especially considering the company is only about half the size of StubHub! When eBay bought StubHub! early last year it paid just over $300 million, almost $30 million of which went toward debt. Ticketmaster just agreed to pay nearly the same amount for a company half the size of StubHub!

"This probably makes a lot of sense for Ticketmaster, but it was a defensive, panic move," one financial analyst, who wished to remain anonymous, said to TicketNews. "They [Ticketmaster] were reacting to Live Nation."

Last week, Live Nation spelled out details of an aggressive plan to enter the ticket-selling market in 2009 when its contract with Ticketmaster expires. Live Nation is Ticketmaster's largest client, but Live Nation intends to go after several of Ticketmaster's other clients over the next several years.

In addition, there is the thorny issue of Ticketmaster, which recently signed a contract with the National Football League to become the league's authorized secondary ticket reseller, and the New England Patriots. Ticketmaster will own a company that resells Patriots tickets, something the Patriots have long fought against and recently won a judgment against StubHub! over the issue.

Then, there is also the network of brokers that currently work with TicketsNow, a group that has long distrusted Ticketmaster. The two companies will have to smooth over some of the ruffled feathers of brokers who are not enamored of the deal.

"This deal is also incredibly contradictory to the position Ticketmaster has trumpeted in the past, suing companies that produce broker technology to acquire tickets, setting geographic restrictions for ticket on sales as well as limits on ticket purchases. All of those measures are designed to thwart the ticket broker community. Then today, Ticketmaster buys the largest ticket brokerage on the Internet?" Sean Pate, spokesperson for StubHub!, told TicketNews.

However, on a positive note, the deal "further validates the secondary ticket market," said Eric Baker, founder of secondary ticket reseller viagogo.com. Baker, an industry veteran, helped create StubHub! back in 2000 before opening viagogo in Europe. "This is now the hot growth area in the ticketing industry. This is where the opportunity is."

SHARE

Add new comment    1439 reads

## Comments

Wed, 01/16/2008 - 12:45pm — Anonymous (not verified)

### JOIN US

We have been talking to 4 other brokers this morning and we decided to take our inventory off TicketsNow POS Friday Jan 18 by 12 noon (if we can get it all off by then, we have over 2200 events) out of protest. We will leave them off until we can get a new POS system. Our Contact (thank God) comes up in April so we can live with it. Join us if you want. Guys (fellow Brokers) its time to get back at TicketMaster. I would personally like to see them eat 265 million. But they will get there money back again in a couple years after they sue more Brokers, Stubhub, and Ebay. That is a good question? Why don't Ebay do something about this?

Also, if you what to do the protest will us, go for it. The more the merry! IT TIIME TO SHOW TicketMaster who is boss!!! We own the invertory remember?

reply

Thu, 01/17/2008 - 9:02pm — Anonymous (not verified)

### show tm who is boss?

So touts want to organize to fight the evil that is Ticketmaster?

Don't make me laugh. You deserve each other: crooks! Crooks both of you.

Probably not as high on the list, up there with record labels, but you are not going to win any popularity contests and I hope you all have to find proper, honest jobs once your line of business dissapears.

TM, if anything, has enabled your dishonest line of work. I hope you all get an uninvited prostate exam.

-G.

reply

Enter your email address below to receive our FREE Weekly TicketNewsletter.
* E-mail Address: [         ]    Sign Up!

## Compare Ticket Brokers
Compare 100's Of Ticket Brokers. Get a Bargain Deal every time!
www.ticketwood.com
Ads by Google



Ticket News reserves the right to modify or delete comments at any time and for any reason.

Case 2:07-cv-02534-ABC-JC    Document 87    Filed 01/28/2008    Page 9 of 16

Dazzling Deals Tickets
Fanprice.com
Fly!
Front Row King
Hailstorm
Lava Tickets
MyCityRocks.com
New York Tickets Online
Oak Web Works
Online Seats
Source Tix
Sports Traveler
Stubs 4 Sale
TicketApple.com
TicketApple.net
Ticket City
Ticket Heroes
Ticket Liquidator
TicketLuck.com
Ticket Nest.com
Ticket Network
Ticket Search
Ticket Triangle
Ticket Summit
Tickets.NewYorkCity.com
Tickets.NewYorkDailyNews.com
Tickets.Philly.com

Become a Sponsor!

© Copyright 2006 - 2007 TicketNews.com - Vernon,CT,USA

Case 2:07-cv-02534-ABC-JC    Document 87    Filed 01/28/2008    Page 10 of 16

Subscribe to RSS Feed                                            About DNN  Contact Us  Advertising



# DomainNameNews

SnapNames
LIVE AUCTION
January 22 - 23, 2008

---

01|15|2008 3:23 am EDT
## TicketMaster Acquires TicketsNow.com
by Adam Strong in Categories: Up to the Minute

IAC owned TicketMaster has purchased ticket after-market company TicketsNow.com for $265 million. TicketsNow.com has been a popular choice among domain developers when incorporating ticketing solutions into their sites. As examples, geo domains such as Chicago.com and premium domains such as TheaterTickets.com use solutions from TicketsNow.com

Case 2:07-cv-02534-ABC-JC    Document 87    Filed 01/28/2008    Page 11 of 16

Share This

---

### RELATED POSTS

Skenzo cancels TrafficClub feed syndication
Moniker releases Internext Expo Domain Auction list
Demand Media acquires ExpertVillage.com
Adam Strong on WebmasterRadio
The .CM Story Revisited - Agoga Back Online, More Get in on Game

### 4 Comments

**TicketMaster compra TicketsNow.com por 265 millones** Said,
January 15, 2008 @ 4:57 am EDT

[...] se ha hecho muy popular entre los domainers y webmasters, al crear un servicio para incluir en tus webs de venta de tickets de tu zona, lo cual [...]

**Obnoxious Mods** Said,
January 15, 2008 @ 8:26 am EDT

[...] ... from Domain Name News [...]

**alex** Said,
January 16, 2008 @ 1:28 pm EDT

Response to Ticketmaster / Ticketsnow merger
Miami based Ticketsofamerica.com President CEO Michael J Lipman is encouraged by publicly traded companies such as Ebay and IAC's ability to foresee the opportunities in the billion dollar secondary resell market and believes they will pave the way for future merger and acquisitions.
The acquisition of Ticketsnow is a surprising move for Ticketmaster since the majority of tickets posted on Ticketsnow's website are ticket brokers' inventory, may of whom will now pull the plug by not listing them anymore as a result of this partnership. Ticketsnow's business model caters to brokers and the majority of the web hits are from fellow brokers, not from fans listing inventory.

Ticketmaster, a dominant primary market ticket seller, actively encourages teams and concert promoters to buy and then sell their tickets on Ticketmaster's secondary market exchange. As a result of losing several legislative battles in states such as New York and being investigated in states such as Missouri, Ticketmaster's "Ticketexchange" and "auctions" have failed in the public eye. Ticketmaster must use the Ticketsnow brand name to market premium seats to events such as Hannah Montana to the secondary market which will inflate the prices.

The law of supply and demand dictates the price of tickets on the secondary market, consumers reselling their tickets on the Internet are a contributing factor for what the market price is, reputable companies such as TicketsofAmerica.com , Ebay, and Stubhub encourage fans to buy/sell at market prices which often times causes prices to sell at less than face value. Ticketmaster, Promoters, Sports Teams, and Venue partners often hold back the supply of tickets which artificially inflates the prices by hyping the scarcity of supply and deceiving the public by saying "sold out." This is not in the best interest of the consumer and prices are never going to be less than face value or at true market price.

**Dale** Said,
January 18, 2008 @ 11:59 am EDT

Obviously this is Ticketmaster's bid to revive its connections to the consumer. I think based on recent news and happenings that TM has started to realize that it has estranged the ticket buying public by taking the flack that the venues ought to be taking.

I'm an optimist and I believe this is Ticketmaster being honest with the fact that reselling will happen and should happen... but should be done in a controlled way so that the Hannah Montana thing doesn't happen again. Makes good business sense and it will protect the consumer from being FORCED to buy after-market priced tickets. This is a good thing for the consumer.

---

RSS feed for comments on this post · TrackBack URI

### Leave a Reply

---

RECEIVE EMAIL UPDATES

Subscribe

### Recent Comments

Jothan Frakes: WEB.ASIA? SWEET!!
JR: I like the idea. Please include
Sergio: I love the idea.
Juan: La verdad, para mi ERAN
Wayne: I have to agree. They
Flip Hambone: Here's a good Network Solution
Tobias: Hi, thanks for the post and
2w: auction ? cheers ThANKye , 2w
Stephanie -: Fusu doesn't look legit -
Don: My auction client showed approximately



Register Your Domains for just $9.29/yr
namecheap

### Recent Posts

ICANN Issues Plea for Independence From US Government
Fortune Magazine Covers DomainFest
LA Times Covers DomainFest Auction
UA Chef Purchases ChefUniforms.com
Partial domain auction list for Targeted TRAFFIC
SnapNames DomainFest live auction results, day two
Oversee and EuroDNS Announce DomainerMeeting in Paris
Paypal limits account access for conference attendees
Sedo Tops $70 Million in Domain Sales for 2007
Fusu - The Domain Stock Exchange - Is Now Public

### Categories

Affiliate Programs
Alternate Extensions
ccTLDs
Domain Aftermarket
Domain Auction
Domain Development
Domain Sales
Domain Sales Alert
Domainers
Editorial
Events
Featured
ICANN / Policy
Interviews
ISPs
Legal Issues
Miscellaneous
News
People
PPC Industry
Registrars
Registries

| Name (required) |
| E-mail (required, ) |
| URI |

[comment text area]

**POST YOUR COMMENT**

☐ Notify me of followup comments via e-mail

Search
Tools
Up to the Minute
Weekly Highlights

## Blogroll

Frank Schilling
I.m.FM
Domain Industry Event Calendar
Domainer Dinner
WiredMedium
Michael Gilmour's Whizzbang's blog
Larry's DirectNavigation.com
Domainer's Choice Awards
MostWantedDomains' The Domains

Domain Name News is powered by WordPress 2.1.3 | RSS Entries and RSS Comments | Design By Design Disease



- Submit Profile/News
- About
- Archives
- Profiles
- Advertise
- RSS

16Jan          Case 2:07-cv-02534-ABC-JC     Document 87     Filed 01/28/2008     Page 13 of 1(

## IAC's Ticketmaster Acquiring TicketsNow.com For $265 Million

NO COMMENTS|Wednesday, January 16th, 2008



IAC/InterActiveCorp (NASDAQ:IACI)'s Ticketmaster stated yesterday that they would acquire TicketsNow for $265 million. TicketsNow is a website where consumers can buy tickets for events such as the NFL Playoffs, Hannah Montana, and musicals.

eBay also was rumored to be looking into the acquisition of TicketsNow. But eBay also recently acquired StubHub for $310 million. TicketsNow's first round of funding was $8 million around the middle of 2006 from DFJ, Portage Venture Partners, and New World Ventures. Then the $8 million turned into equity as the company raised $35 million last year, led by Adam Street Partners.

As Ticketmaster's contract with concert promotion company, Live Nation Inc. ended recently, Ticketmaster wanted to seek additional revenue streams. Live Nation is starting their own box office for ticket sales. Live Nation was a previous subsidiary of Clear Channel Communications.

SPHERE IT!

Categories: Adam Street Partners, Portage Venture Partners, New World Ventures, Ticketmaster, TicketsNow, IAC, Draper Fisher Jurvetson

**Leave a Comment**

Name

Mail (will not be published)

Website

Submit Comment

 

Case 2:07-cv-02534-ABC-JC    Document 87    Filed 01/28/2008    Page 14 of 16

Enter e-mail for Subscription

Subscribe

Delivered by FeedBurner

**Recent Discussion Feed**

arabic download free ringtones download free arabic ringtones on
Craigslist Bans Listpic Service

le poker gratuites à télécharger en ligne on
Craigslist Bans Listpic Service

Digg Revolt on
New Algorithm Further Dethrones The Digg Mafia

Amanda Johnson on
MySpace Proactively Blocking TOS Violating + Other Third Party Widgets

New Algorithm Further Dethrones The Digg Mafia on
May 1, 2007: The Day Digg Users Revolted

John Masters on
Chickipedia: My Guess Is It'll Become Bigger Than AskMen.com

danny hong on
HTC Mogul 6800 Can Be Modded To Operate Just Like An iPhone

Federated Media Hires An Investment Bank on
Parent Company of MySpace, News Corp Acquires BeliefNet

Live traffic feed
- Los Angeles, California arrived from google.com on "IACs Ticketmaster Acquiring TicketsNow.com For $265 Million"
- Detroit, Michigan arrived on "Pulse 2.0: Web 2.0 Reviews & Profiles"
- Carrollton, Texas arrived from google.com on "HTC Mogul 6800 Can Be Modded To Operate Just Like An iPhone"
- Minneapolis, Minnesota arrived on "Some Information About Windows Mobile 7.0"
- Charlotte, North Carolina left via sprintusers.com
- Metairie, Louisiana arrived from search.yahoo.com on "HTC Mogul 6800 Can Be Modded To Operate Just Like An iPhone"
- Charlotte, North Carolina arrived from google.com on "HTC Mogul 6800 Can Be Modded To Operate Just Like An iPhone"

📧 Saint Paul, Minnesota left via blabberize.com
📧 Saint Paul, Minnesota arrived from techcrunch.com on "6 VOLT BATTERY HACK RESPONSE - THE INTERWEB IS FULL OF LIES!"
📧 Danielson, Connecticut arrived from google.com on "6 VOLT BATTERY HACK RESPONSE - THE INTERWEB IS FULL OF LIES!"

Options>>

Click to get FEEDJIT



# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: **1925 Century Park East, #2320, Los Angeles, California 90067**

On **January 28, 2008,** I served the foregoing document described as: **RMG TECHNOLOGIES, INC.'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS COUNTERCLAIMS 1 THROUGH 4.** on all interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, and addressed as follows:

Robert H. Platt, Esq.
Mark Lee, Esq.
Tamar Feder, Esq.
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

**(X) BY MAIL.** I caused such envelopes to be deposited in the mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon, fully prepaid, at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury that I am employed by a member of the bar of this court and this service was made at my direction.

Executed on this **28th** day of **January, 2008,** at Los Angeles, California.

_/s/ Chandra R. McLaughlin_
Chandra R. McLaughlin