# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | February 19, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies, Inc., et al. | | |

| Present: The Honorable | Audrey B. Collins | |
|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None                                                None

**Proceedings:**        RE: SUBMISSION OF COURTESY COPIES; MOTION TO DISMISS
                        COUNTERCLAIMS (In Chambers)

Currently pending before the Court is Plaintiff/Counterdefendants' Motion to Dismiss Counterclaims, filed December 21, 2007. Defendants/Counterclaimants filed their opposition to the motion on January 28, 2008. Plaintiff/Counterdefendants' reply was due February 11, 2008. The Court is aware that the reply was timely filed; however, to date, courtesy copies of the reply have not been received in chambers.

**PLEASE BE ADVISED THAT FAILURE TO PROVIDE COURTESY COPIES IS A VIOLATION OF GENERAL ORDER 08-02. FAILURE TO COMPLY WITH THE REQUIREMENTS OF THIS GENERAL ORDER MAY RESULT IN DELAY, AND, IN THE FUTURE, THE POSSIBILITY OF SANCTIONS.**

Accordingly, Plaintiff/Counterdefendants are hereby ORDERED to submit courtesy copies of their reply in this matter TO CHAMBERS by noon on Thursday, February 21, 2008. Further, the hearing on this matter is CONTINUED from Monday, February 25, 2008 to Monday, March 10, 2008, at 10:00 a.m.

The Court reminds the parties that, pursuant to Federal Rule of Civil Procedure 5(d)(3), Local Rule 5-4, and General Order 08-02 ("G.O. 08-02 "), all criminal and civil filings must be electronically filed. Exceptions are noted in G.O. 08-02. The parties are expected to familiarize themselves with all applicable rules. The Court brings the following two requirements to the parties' attention:

First, pursuant to G.O. 08-02, parties must supply chambers with **two courtesy copies of all filed documents by noon the day after the documents are filed**. See G.O. 08-02(IV)(D) (stating, "Unless otherwise ordered by the assigned judge, courtesy paper copies of all electronically filed documents must be delivered to the chambers of the assigned judge no later than 12:00 noon the following business day. The courtesy copies must comply with Local Rule 11-3, i.e., blue backed, font

Dockets.Justia.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | February 19, 2008 |
|---|---|---|---|

| Title | Ticketmaster LLC v. RMG Technologies, Inc., et al. |
|---|---|

size, page numbering, tabbed exhibits, etc., or as otherwise directed by the assigned judge.")  Courtesy copies for Judge Collins need not be blue blacked, but must comply with all other requirements of Local Rule 11-3.

Second, pursuant to G.O. 08-02, electronically-filed proposed orders and their applications must be emailed to the assigned judge's generic chambers email address.  See G.O. 08-02(VI)(A), (B).  Judge Collins's generic chambers email address is: abc_chambers@cacd.uscourts.gov.  Proposed orders and other signature items must be in WordPerfect or Microsoft Word format.  Applications may be in PDF. **Proposed documents WILL NOT be processed until these items are emailed to the generic chambers email address.**

_____ : _____

Initials of Preparer    DA