# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | March 7, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies, Inc., et al. | | |

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    RE: MOTION TO DISMISS COUNTERCLAIMS (In Chambers)

Currently pending before the Court is a Motion to Dismiss Counterclaims 1 Through 4, filed December 21, 2007 by Plaintiff/Counterdefendant Ticketmaster L.L.C. and Counterdefendant IAC/Interactivecorp. Upon consideration of the materials submitted by the parties and the case file, the Court finds the Motion appropriate for determination without oral argument. See Fed. R. Civ. P. 78(b); Local Rule 7-15. The Court therefore **VACATES** the hearing set for March 10, 2008, and takes the motion **UNDER SUBMISSION**.

:

Initials of Preparer    DA