MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlce@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. Case No. CJ 07-2534 ABC(JWJx)<br><br>Hon. Jeffrey W. Johnson<br><br>**DISCOVERY MOTION**<br><br>**TICKETMASTER, L.L.C.'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**[Filed Concurrently With: Joint Stipulation Regarding Plaintiff's Motion To Compel Production of Documents; Declarations of Adam Lieb, Raaqim Knight, Cipriano Garibay, and David Tarlow; September 13, 2007 Scheduling Order]**<br><br>Hearing Date: April 17, 2008<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom C, 8th Fl, Spring St.<br><br>Pre-Trial Conf.: September 15, 2008<br>Trial Date: October 1, 2008<br>Discovery Cut-Off: May 23, 2008 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 17, 2008, at 2:00 p.m., in the courtroom of the Honorable Jeffrey W. Johnson, located at 312 North Spring Street, Los Angeles, California, in Courtroom C, 8th floor, Plaintiff Ticketmaster L.L.C. ("Ticketmaster") will and hereby does move pursuant to Federal Rules of Civil Procedure 37(a) for an order compelling Defendant RMG Technologies, Inc. ("RMG") to permit inspection by Ticketmaster of documents and electronically stored information. Specifically, Ticketmaster seeks an order requiring RMG to: (a) produce allegedly "confidential" materials pursuant to a reasonable protective order; (b) provide amended responses to the requests; and (c) produce additional unprivileged, documents and electronically stored information covered by the requests set forth herein.

Prior to filing this Motion, the parties have met and conferred pursuant to Local Rule 37-1 and made a good faith attempt to resolve this dispute but were unable to do so.

This Motion to Compel is based upon this Notice, the concurrently filed Joint Stipulation Regarding Plaintiff's Motion to Compel Documents, the declarations of Adam Lieb, Raaqim Knight, Cipriano Garibay and David Tarlow, the pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

Dated: March 24, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: *Don Brown /RK*
Donald R. Brown
*Attorneys for Plaintiff*
Ticketmaster, L.L.C.

41220036.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2                                NOTICE OF MOTION