**EXHIBIT A**

Dockets.Justia.com

**From:** Chandra Richards McLaughlin [mailto:crm@cogganlaw.com]
**Sent:** Tuesday, January 29, 2008 6:01 PM
**To:** Lee, Mark; White, Alison Sultan
**Subject:** Supplemental Response to RFP- Ticketmaster v. RMG

Attached please find RMG's Supplemental Response to Request for Production. Documents will be sent under separate cover.

Chandra McLaughlin, Legal Secretary
Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, CA 90067
(310)407-0922
fax (310)407-0923

EXHIBIT B

**From:** Brown, Donald
**Sent:** Friday, January 25, 2008 10:39 AM
**To:** 'dnt@cogganlaw.com'
**Cc:** Platt, Robert; Lee, Mark
**Subject:** proposed protective order in Ticketmaster/RMG case

David:

Attached for your review is a proposed protective order regarding confidential documents and information in the Ticketmaster/RMG case.

Regards,

Donald R. Brown
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
310-312-4318 (phone)
310-914-5817 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at dbrown@manatt.com or by telephone at (310) 312-4318, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**EXHIBIT C**

**From:** Brown, Donald
**Sent:** Monday, February 04, 2008 3:39 PM
**To:** 'dnt@cogganlaw.com'
**Cc:** Platt, Robert; Lee, Mark
**Subject:** proposed protective order in TM v. RMG

David:

Upon further review of the proposed Stipulated Protective Order we sent you some time ago, we would like to make a few revisions, both to correct some typos and inconsistencies and to revisit how the order would relate to other actions. Attached is a revised, redlined draft, showing the changes to the prior version. Please contact us regarding the proposed order at your convenience.

Regards,

Donald R. Brown
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
310-312-4318 (phone)
310-914-5817 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at dbrown@manatt.com or by telephone at (310) 312-4318, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.