# PROOF OF SERVICE

I, Lori McCoy Shuler declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On March 24, 2008, I served a copy of the within document(s):

**Ticketmaster, L.L.C.'s Notice of Motion and Motion to Compel Production of documents [Filed concurrently with Joint Stipulation Regarding Plaintiff's Motion to Compel Production of Documents; Declarations of Adam Lieb, Raaqim Knight, Cipriano Garibay and David Tarlow; September 13, 2007 Scheduling Order]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by sending an electronic message with attached PDF.

David N. Tarlow, Esq.
Law Offices of Coggan & Tarlow
1925 Century Park East, Suite 2320
Los Angeles, California 90067-2343
Tel. No. (310) 407-0922
Fax No. (310) 407-0923
Email: dnt@cogganlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41113534.1

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2  Executed on March 24, 2008, at Los Angeles, California.

*/s/ Lori McCoy Shuler*
Lori McCoy Shuler

41113534.1

2