MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CJ 07-2534 ABC(JWJx)<br><br>Hon. Jeffrey W. Johnson<br><br>**DISCOVERY MOTION**<br><br>**TICKETMASTER, L.L.C.'S NOTICE OF MOTION FOR PROTECTIVE ORDER**<br><br>[Filed Concurrently With: Joint Statement Regarding Plaintiff's Motion For Protective Order; Declarations of Kevin McLain, Raaqim Knight, Cipriano Garibay, and David Tarlow; September 13, 2007 Scheduling Order]<br><br>Hearing Date: April 17, 2008<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom C, 8th Fl, 312 North Spring St.<br><br>Pre-Trial Conf.: September 15, 2008<br>Trial Date: October 1, 2008<br>Discovery Cut-Off: May 23, 2008 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41220108.1

**NOTICE OF MOTION**

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 17, 2008, at 2:00 p.m., in the
3  courtroom of the Honorable Jeffrey W. Johnson, located at 312 North Spring Street,
4  Los Angeles, California, in Courtroom C, 8th floor, Plaintiff Ticketmaster L.L.C.
5  ("Ticketmaster") will and hereby does move pursuant to Federal Rules of Civil
6  Procedure 26(c)(1) and Local Rules 37-2 and 37-2.1 for a protective order which
7  would restrict the disclosure and use of confidential documents and information in
8  this litigation by: (a) creating two-levels of protection through requiring the good
9  faith designation of confidential material as "Confidential Information" or
10 "Sensitive Confidential Material"; (b) limiting the disclosure of "Confidential
11 Information" to parties, counsel, witnesses, experts, Court personnel, and
12 professional vendors to this litigation; and (c) restricting parties' and witnesses'
13 access to information designated as "Sensitive Confidential Information" under
14 certain circumstances.

15  Prior to filing this Motion, the parties have met and conferred pursuant
16 to Local Rule 37-1 and made a good faith attempt to resolve this dispute but were
17 unable to do so.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41220108.1                                     1                              NOTICE OF MOTION

This Motion for Protective Order is based upon this Notice, the concurrently filed Joint Statement Regarding Plaintiff's Motion for Protective Order, the declarations of Kevin McLain, Raaqim Knight, Cipriano Garibay, and David Tarlow, the pleadings and records on file in this action, and such other matters as the Court deems necessary and proper.

Dated:   March 24, 2008          Manatt, Phelps & Phillips, LLP

By: *Don Brown/RK*
Donald R. Brown
*Attorneys for Plaintiff*
Ticketmaster, L.L.C.