SCHEDULING ORDER

Dockets.Justia.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 07-2531-ABC(JCx)
           CV 07-2533-ABC(JCx)
           CV 07-2534-ABC(JCx)
           CV 07-2535-ABC(JCx)

Title   Ticketmaster, LLC -vs- VARIOUS

Present: The Honorable   AUDREY B. COLLINS

| Daphne Alex | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Mark Lee; Robert Platt                    Caryn Brottman Sanders; Jay Coggan; David Tarlow

**Proceedings:**   SCHEDULING CONFERENCE

Scheduling Conference held. The Court sets the following dates: including CV 07-2531-ABC(JCx): Ticketmaster, LLC -vs- Bonner, et al, though counsel were not scheduled to be present until Sept. 17, 2007. The Sept. 17, 2007 scheduling conference is vacated.

Add Claims/Parties Cut-Off: Feb. 4, 2008;

Discovery Cut-Off: May 23, 2008;

Law & Motion Cut-Off: June 23, 2008;

Final Pre Trial Conference: Sept. 15, 2008, at 10.00AM; Trial counsel must be present;

Jury Trial: Oct. 21, 2008, at 8:30AM. (The Court determines that CV 07-2534-ABC(JCx) Ticketmaster, LLC -vs- RMG Technologies, Inc, will be tried first.)

Counsel are reminded of the requirements of Local Rule 16-14. Counsel shall submit their notice of settlement selection within 10 days.

: 05

Initials of Preparer   DA

DOCKETED ON CM
SEP 1 3 2007
BY ____

CV-90 (06/04)                    CIVIL MINUTES - GENERAL