1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT H. PLATT (Bar No. CA 108533)
2  rplatt@manatt.com
   MARK S. LEE (Bar No. CA 094103)
3  mlee@manatt.com
   DONALD R. BROWN (Bar No. CA 156548)
4  dbrown@manatt.com
   11355 West Olympic Boulevard
5  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
6  Facsimile: (310) 312-4224

7  Attorneys for *Plaintiff*
   TICKETMASTER L.L.C.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | TICKETMASTER L.L.C., a Virginia limited liability company, | Case No. CV 07-2534 ABC (JCx)
13 | | Hon. Jacqueline Chooljian
   | Plaintiff, |
14 | | **TICKETMASTER, L.L.C.'S AMENDED NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
   | vs. |
15 | |
   | RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive, |
16 | |
   | | Hearing Date: April 22, 2008
17 | | Hearing Time: 9:30 a.m.
   | Defendants. | Location: Ctrm 20, 3rd Floor
18 | |           Spring St.
19 | | Pre-Trial Conf.: September 15, 2008
   | | Trial Date: October 1, 2008
20 | | Discovery Cut-Off: May 23, 2008
21
22

23         TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24         PLEASE TAKE NOTICE that on April 22, 2008, at 9:30 a.m., in the

25 courtroom of the Honorable Jacqueline Chooljian, located at 312 North Spring

26 Street, Los Angeles, California, in Courtroom 20, 3rd floor, Plaintiff Ticketmaster

27 L.L.C. ("Ticketmaster") will and hereby does move pursuant to Federal Rules of

28 Civil Procedure 37(a) for an order compelling Defendant RMG Technologies, Inc.

1  ("RMG") to permit inspection by Ticketmaster of documents and electronically
2  stored information.  Specifically, Ticketmaster seeks an order requiring RMG to:
3  (a) produce allegedly "confidential" materials pursuant to a reasonable protective
4  order; (b) provide amended responses to the requests; and (c) produce additional
5  unprivileged, documents and electronically stored information covered by the
6  requests set forth herein.  This amended notice supersedes the original notice,
7  which set this matter for hearing on April 17, 2008, at 2:00 p.m., in the courtroom
8  of the Honorable Jeffrey W. Johnson.

9        Prior to filing this Motion, the parties have met and conferred pursuant
10 to Local Rule 37-1 and made a good faith attempt to resolve this dispute but were
11 unable to do so.

12       This Motion to Compel is based upon this Notice, the concurrently
13 filed Joint Stipulation Regarding Plaintiff's Motion to Compel Documents, the
14 declarations of Adam Lieb, Raaqim Knight, Cipriano Garibay and David Tarlow,
15 the pleadings and records on file in this action and such other matters as the Court
16 deems necessary and proper.

Dated:   March 26, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Mark S. Lee
*Attorneys for Plaintiff*
Ticketmaster, L.L.C.

41221978.1