MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-2534 ABC (JCx)<br><br>Hon. Jacqueline Chooljian<br><br>**TICKETMASTER, L.L.C.'S AMENDED NOTICE OF MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date: April 22, 2008<br>Hearing Time: 9:30 a.m.<br>Location: Ctrm 20, 3rd Floor<br>          Spring St.<br><br>Pre-Trial Conf.: September 15, 2008<br>Trial Date: October 1, 2008<br>Discovery Cut-Off: May 23, 2008 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41221992.1

**AMENDED NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2008, at 9:30 a.m., in the courtroom of the Honorable Jacqueline Chooljian, located at 312 North Spring Street, Los Angeles, California, in Courtroom 20, 3rd floor, Plaintiff Ticketmaster L.L.C. ("Ticketmaster") will and hereby does move pursuant to Federal Rules of Civil Procedure 26(c)(1) and Local Rules 37-2 and 37-2.1 for a protective order which would restrict the disclosure and use of confidential documents and information in this litigation by: (a) creating two-levels of protection through requiring the good faith designation of confidential material as "Confidential Information" or "Sensitive Confidential Material"; (b) limiting the disclosure of "Confidential Information" to parties, counsel, witnesses, experts, Court personnel, and professional vendors to this litigation; and (c) restricting parties' and witnesses' access to information designated as "Sensitive Confidential Information" under certain circumstances. This amended notice supersedes the original notice, which set this matter for hearing on April 17, 2008, at 2:00 p.m., in the courtroom of the Honorable Jeffrey W. Johnson.

Prior to filing this Motion, the parties have met and conferred pursuant to Local Rule 37-1 and made a good faith attempt to resolve this dispute but were unable to do so.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41221992.1

1

**AMENDED NOTICE OF MOTION**

This Motion for Protective Order is based upon this Notice, the concurrently filed Joint Statement Regarding Plaintiff's Motion for Protective Order, the declarations of Kevin McLain, Raaqim Knight, Cipriano Garibay, and David Tarlow, the pleadings and records on file in this action, and such other matters as the Court deems necessary and proper.

Dated:    March 26, 2008

Manatt, Phelps & Phillips, LLP

By: /s/ Mark S. Lee
Mark S. Lee
*Attorneys for Plaintiff*
Ticketmaster, L.L.C.