## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | March 28, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies, Inc. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Nancy Hackney | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS): ORDER RESETTING HEARING TIME ON PLAINTIFF'S DISCOVERY MOTIONS**

The Court hereby reschedules plaintiff's Notice of Motion and Motion to Compel Production of Documents (docket No. 93), and Notice of Motion and Motion for Protective Order (docket No. 95) to April 22, 2008 at 1:30 p.m. before United States Magistrate Judge Jacqueline Chooljian in Courtroom 20, 3rd Floor at 312 N. Spring Street, Los Angeles, California.

IT IS SO ORDERED.

Initials of Deputy Clerk    nhac

00: 00

Dockets.Justia.com