

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CALIFORNIA 90012

**SHERRI R. CARTER**
CLERK OF COURT

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To: **U.S. Court of Appeals**
    **for the Ninth Circuit**
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

**Attention:**
☐ Civil
☐ Criminal
☐ Docketing
☐ Records Unit

From: **U.S. District Court**
      **Central District of California**
      312 North Spring Street, Room G-8
      Los Angeles, California 90012

D C No. _____    Appeals No. _____
Short Title _____

### Composition of Record

Clerk's files in _____ volumes    ☐ original ☐ certified copy
Bulky docs. in _____ volumes *(folders)*    Docket No. _____
Reporter's Transcripts in _____ volumes    ☐ original ☐ certified copy
Exhibits:   in _____ ☐ envelopes    ☐ under seal
            in _____ ☐ boxes           ☐ under seal
Other:

**Note:** *Please note any documents filed under seal are listed on Form A-22.*

By: _____
            Deputy Clerk

Acknowledgment: _____    Date: _____

**APPEALS TRANSMITTAL LETTER**
ORIGINAL FILE(S)

A-26 (12/97)