Jay M. Coggan (SBN 86107)
David N. Tarlow (SBN 214050)
Joshua G. Blum (SBN 249082)
**COGGAN & TARLOW**
1925 Century Park East, Suite 2320
Los Angeles, California 90067
Telephone (310) 407-0922
Facsimile (310) 407-0923

Attorneys for RMG TECHNOLOGIES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER, L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07-2534ABC(JCx)<br><br>Hon. Jacqueline Chooljian<br><br>**DISCOVERY MOTION**<br><br>**RMG TECHNOLOGIES, INC.'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS.**<br><br>Date: 4/22/2008<br>Time: 1:30 p.m.<br>Place: Courtroom 20, 3rd Floor, Spring Street<br><br>Pre-Trial Conf.: 9/15/08<br>Trial Date: 10/21/08<br>Discovery Cutoff Date: 5/23/08 |

TO ALL PARITES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2008 at 1:30 p.m., in the courtroom of the Honorable Jacqueline Chooljian, located at 312 North Spring Street, Los Angeles, California, in Courtroom 20, 3rd Floor, Defendant RMG TECHNOLOGIES, INC.,' ("RMG") will and hereby does move pursuant to Federal

---
1
**NOTICE OF MOTION**

1. LLC ("Ticketmaster") to permit inspection by RMG of documents and
2. electronically stored information. Specifically, RMG seeks an order requiring
3. Ticketmaster to: (1) produce all unprivileged documents requested; (2) provide
4. amended responses to the requests; and (3) produce all unprivileged documents and
5. electronically stored information covered by the requests set forth herein.
6.     Prior to filing this Motion, the parties have met and conferred pursuant to
7. Local Rule 37-1 and made a good faith attempt to resolve this dispute but were
8. unable to do so.
9.     This Motion to compel is based upon this notice, the concurrently filed Joint
10. Stipulation Regarding Defendant's Motion to Compel the Production of Documents,
11. the declarations of David N. Tarlow and Raaqim Knight, the pleadings and records
12. on file in this action and such other matters as the Court deems necessary and
13. proper.

14. Dated:    April 1, 2008        COGGAN & TARLOW

*[signature: David Tarlow]*

By:   David N. Tarlow
*Attorneys for Defendant*
RMG TECHNOLOGIES, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: **1925 Century Park East, #2320, Los Angeles, California 90067**

On **April 1, 2008,** I served the foregoing document described as **(1) RMG TECHNOLOGIES, INC.'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND (2) JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** on all interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, and addressed as follows:

> Robert H. Platt
> Mark Lee
> Donald R. Brown
> Raaqim Knight
> Manatt, Phelps & Phillips, LLP
> 11355 W. Olympic Blvd.
> Los Angeles, CA 90064

**(X) BY PERSONAL SERVICE,** I caused such envelope to be delivered by hand to the above-named addressee(s).

I declare under penalty of perjury that I am an employee of a member of the bar of this court at whose direction that the service herein was made.

Executed on this **1ST** day of **April, 2008,** at Los Angeles, California.

_/s/ David N. Tarlow_
DAVID N. TARLOW