**EXHIBIT D**

**From:** Brown, Donald
**Sent:** Friday, January 25, 2008 10:39 AM
**To:** 'dnt@cogganlaw.com'
**Cc:** Platt, Robert; Lee, Mark
**Subject:** proposed protective order in Ticketmaster/RMG case

David:

Attached for your review is a proposed protective order regarding confidential documents and information in the Ticketmaster/RMG case.

Regards,

Donald R. Brown
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
310-312-4318 (phone)
310-914-5817 (fax)

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at dbrown@manatt.com or by telephone at (310) 312-4318, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

3/31/2008