MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-2534 ABC(JWJx)<br><br>**PLAINTIFF TICKETMASTER L.L.C.'S STATEMENT OF NON-OPPOSITION TO COGGAN & TARLOW'S MOTION TO WITHDRAW**<br><br>Date: April 21, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Audrey B. Collins |

Plaintiff Ticketmaster L.L.C. does not oppose the motion to withdraw filed by Coggan & Tarlow, counsel of record for Defendants RMG Technologies, Inc. in the above captioned action.

Dated: April 7, 2008

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT
MARK S. LEE
DONALD R. BROWN


By:  /s/ Mark S. Lee
     Mark S. Lee
     Attorneys for *Plaintiff*
     TICKETMASTER L.L.C.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41225966.1                    1                    **Statement of Non-Opposition**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28