# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | April 8, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies, Inc. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Nancy Hackney | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(IN CHAMBERS)**

### ORDER DIRECTING PLAINTIFF TO SUBMIT COPY OF COMPLETE REQUEST FOR PRODUCTION OF DOCUMENTS

Currently under consideration is plaintiff's Motion to Compel Production of Documents ("Motion") based on defendant's allegedly deficient responses to plaintiff's Request for Production of Documents (Set One) ("Plaintiff's Document Request"). The parties have submitted a Joint Stipulation regarding the Motion that includes multiple declarations with exhibits attached thereto. Included in the Joint Stipulation is a complete copy of defendant's responses to Plaintiff's Document Request. Missing, however, is a copy of Plaintiff's Document Request. Because it appears that terms defined by plaintiff in Plaintiff's Document Request are relevant to consideration of the Motion, plaintiff is hereby ordered to submit a complete copy of Plaintiff's Document Request to the court by **1:00 p.m., Thursday, April 10, 2008**. Plaintiff is further directed to provide a courtesy copy of such document to the court's chambers by the same date and time.

IT IS SO ORDERED.

Initials of Deputy Clerk _____ nhac _____

Dockets.Justia.com