# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | April 8, 2008 |
|---|---|---|---|
| Title | Ticketmaster L.L.C. v. RMG Technologies, et al. | | |

Present: The Honorable     Audrey B. Collins

| Daphne Alex | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None                                          None

**Proceedings:**     MOTION TO WITHDRAW  (In Chambers)

Pending before the Court is a Motion for an Order Relieving Coggan & Tarlow as Attorney of Record for RMG Technologies, Inc., ("Motion") filed on March 31, 2008. Therein, David N. Tarlow sets forth in a declaration the basis of Coggan & Tarlow's request to withdraw, and states that RMG has stipulated to allow the law firm to withdraw. A photocopy of that executed stipulation between RMG and Coggan & Tarlow is attached to the declaration. On April 7, 2008. Plaintiff Ticketmaster LLC filed a Notice of Non-Opposition to the Motion.

Based on the stipulation and representations in the declaration, the Court hereby **GRANTS** the motion and **RELIEVES** Coggan & Tarlow as attorney of record for Defendant RMG Technologies, Inc.

**IT IS SO ORDERED.**

                                                                    :
                                           Initials of Preparer     DA