MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CJ 07-2534 ABC(JWJx)<br><br>**PLAINTIFF TICKETMASTER, LLC'S NOTICE OF INTENTION TO MOVE FOR ENTRY OF DEFAULT IF RMG TECHNOLOGIES, INC. DOES NOT OBTAIN NEW COUNSEL** |

**TO DEFENDANT RMG TECHNOLOGIES, INC. AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that on April 8, 2008 the Court entered an order granting Coggan & Tarlow's Motion to Withdraw as counsel for RMG Technologies, Inc. in the above-captioned action. A true and correct copy of that order is attached as Exhibit A.

**PLEASE TAKE NOTICE** that RMG Technologies, Inc. ("RMG"), as a corporation, is prohibited from representing itself under applicable law. It must be represented by counsel to defend itself herein. Should RMG not engage counsel, the Court may enter a default judgment against it.

1  **PLEASE TAKE FURTHER NOTICE** that should new counsel of record
2  not appear as counsel of record to represent RMG in the above-captioned action on
3  or before April 25, 2008, Ticketmaster, LLC will move for orders striking RMG's
4  answer and all counterclaims, entering a default, and entering a permanent
5  injunction and default judgment against RMG in connection with this matter.
6  Ticketmaster will seek to recover its damages, attorneys' fees and costs through
7  such efforts.  The above is not intended to constitute a complete recitation of
8  Ticketmaster's rights herein, all of which are reserved.

Dated:  April 16, 2008

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT
MARK S. LEE
DONALD R. BROWN


By: /s/Mark S. Lee
    Mark S. Lee
    Attorneys for *Plaintiff*
    TICKETMASTER L.L.C.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41228553.1

2

# PROOF OF SERVICE

I, Victoria M. Tejeda, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On April 16, 2008, I served a copy of the within document(s): **PLAINTIFF TICKETMASTER, LLC'S NOTICE OF INTENTION TO MOVE FOR ENTRY OF DEFAULT IF RMG TECHNOLOGIES, INC. DOES NOT OBTAIN NEW COUNSEL**

- [x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [x] by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express Overnight agent for delivery.

- [ ] by causing the document(s) listed above to be hand delivered to the person(s) at the address(es) set forth below by a certified messenger service.

- [x] by sending an electronic message with attached PDF.

Cipriano Garibay
RMG Technologies, Inc.
301 Grand Street, Ste. 4300
Pittsburgh, PA 15219
Fax: 877-284-1215
Phone: 866-417-9506
E-mail: rmgtech@rmgtech.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2008, at Los Angeles, California.

_____
Victoria M. Tejeda

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41174684.1