# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | April 17, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies, Inc. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Nancy Hackney | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(IN CHAMBERS)**

**ORDER VACATING MOTIONS HEARING DATE AND TAKING MOTIONS UNDER SUBMISSION**

Currently pending before this court and set for hearing on April 22, 2008 at 1:30 p.m. are three motions: (1) Plaintiff's Motion for Protective Order; (2) Plaintiff's Motion to Compel Production of Documents; and (3) Defendant's Motion to Compel Production of Documents (collectively the "pending motions").

Because defendant, a corporation which is not permitted to proceed *pro se*, currently has no counsel of record, and pursuant to Fed. R. Civ. P. 78 and Local Rule 7-15, the court finds the pending motions appropriate for decision without oral argument. The hearing calendared for April 22, 2008 is hereby vacated and the pending motions taken off calendar.

The Clerk is directed to serve a copy of this Order upon plaintiff's counsel at such counsel's address of record, and upon defendant at the address listed for defendant on the proof of service which accompanies defendant's former counsel's Notice of Motion and Motion for an Order Relieving Coggan & Tarlow as Attorney of Record for RMG Technologies, Inc., <u>i.e.</u>: Cipriano Garibay, RMG Technologies, Inc., 301 Grand Street, Pittsburgh, PA 15219.

IT IS SO ORDERED.

I hereby certify that this document was served by first class mail,
postage prepaid, to defendant RMG Technologies at 301 Grand Street,
Pittsburgh, PA 15219 on this date.

DATE: April 18, 2008
N. Hackney, Deputy Clerk

Initials of Deputy Clerk          nhac

Dockets.Justia.com