1  ROBERT H. PLATT (Bar No. CA 108533)
   rplatt@manatt.com
2  MARK S. LEE (Bar No. CA 094103)
   mlee@manatt.com
3  CHAD S. HUMMEL (Bar No. CA 139055)
   chummel@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
5  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
6  Facsimile: (310) 312-4224

7  Attorneys for *Plaintiff and Counter-Defendant*
   TICKETMASTER L.L.C. and *Counter-Defendant*
8  IAC/INTERACTIVECORP

9               UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | TICKETMASTER L.L.C., a Virginia limited liability company, | Case No. CV 07-2534-ABC (JCx) |
|---|---|---|
| 13 | | **NOTICE OF PROOF OF SERVICE OF TICKETMASTER L.L.C. AND IAC/INTERACTIVECORP'S *EX PARTE* APPLICATION TO STAY ALL MOTION, DISCOVERY, AND PRETRIAL DEADLINES UNTIL DEFENDANTS ENGAGE COUNSEL OR A DEFAULT IS ENTERED; DECLARATION OF MARK S. LEE IN SUPPORT THEREOF** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | RMG TECHNOLOGIES, INC., a Delaware corporation, | |
| 20 | Counterclaim-Plaintiff, | Complaint Filed: April 17, 2007 |
| 21 | vs. | |
| 22 | TICKETMASTER L.L.C., a Virginia limited liability company, IAC/INTERACTIVE CORP., a Delaware corporation, and ROES 1 through 10, inclusive, | |
| 23 | | |
| 24 | | |
| 25 | Counterclaim-Defendants. | |

26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE

# PROOF OF SERVICE

I, Jill A. Serena, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On April 22, 2008, I served a copy of the within document(s):

**TICKETMASTER L.L.C. AND IAC/INTERACTIVECORP'S *EX PARTE* APPLICATION TO STAY ALL MOTION, DISCOVERY, AND PRETRIAL DEADLINES UNTIL DEFENDANTS ENGAGE COUNSEL OR A DEFAULT IS ENTERED; DECLARATION OF MARK S. LEE IN SUPPORT THEREOF**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above **via Certified Mail, Return Request Requested** in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed *Federal Express* envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a *Federal Express* agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by sending an electronic message with attached PDF.

Cipriano Garibay
RMG Technologies, Inc.
301 Grand Street
Pittsburgh, PA 15219

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2008, at Los Angeles, California.

_____
Jill A. Serena

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41269657.1

PROOF OF SERVICE