# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | April 25, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     PLAINTIFFS' EX PARTE APPLICATION TO STAY  (In Chambers)

On April 21, 2008, Plaintiffs filed an ex parte application to stay all motion, discovery, and pretrial deadlines until Defendant engages counsel or a default is entered. No opposition was received. In light of Defense counsel's withdrawal from the case, the Court agrees that such a stay is warranted.

The Court hereby **GRANTS** the application and hereby **STAYS** all motion, discovery, and pretrial deadlines until Defendant engages new counsel or a default is entered.  The stay is entered without prejudice to Plaintiffs' right to seek entry of default against Defendant.

                                                                                              :
                                                         Initials of Preparer    DA

Dockets.Justia.com