UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 07-2534-ABC (JCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE RMG TECHNOLOGIES, INC.'S ANSWER, ENTER DEFAULT, AND DISMISS SECOND AMENDED COUNTERCLAIMS**<br><br>Date:　June 2, 2008<br>Time:　10:00 a.m.<br>Place:　The Courtroom of the Hon. Audrey B. Collins<br><br>Complaint filed: April 17, 2007 |
| RMG TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　vs.<br><br>TICKETMASTER L.L.C., a Virginia limited liability company, IAC/INTERACTIVE CORP., a Delaware corporation, and ROES 1 through 10, inclusive,<br>　　　　Counterclaim-Defendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING MOTION TO STRIKE

Dockets.Justia.com

The motion of plaintiff and counterclaim-defendant Ticketmaster L.L.C. and counterclaim-defendant IAC/InterActiveCorp to strike defendant and counterclaimant the Answer of RMG Technologies, Inc. ("RMG"), enter default against RMG, and dismiss RMG's Second Amended Counterclaims came on regularly for hearing. RMG did not oppose or otherwise appear in response to Ticketmaster's motion. After considering the papers and evidence regarding this motion, and the pleadings and papers on file with the Court, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

IT IS HEREBY ORDERED:

1. that RMG's Answer to Ticketmaster L.L.C.'s First Amended Complaint is stricken;

2. that default judgment be entered against RMG; and

3. that RMG's Second Amended Counterclaims are dismissed with prejudice.

IT IS SO ORDERED.

Date:_____                        _____
                                            Hon. Audrey B. Collins

SUBMITTED BY:

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. 108533)
MARK S. LEE (Bar No. 094103)
CHAD S. HUMMEL (Bar No. 139055)

  s/ Mark S. Lee
Mark S. Lee
Attorneys for *Plaintiff and Counter-Defendant*
Ticketmaster L.L.C. and *Counter-Defendant*
IAC/INTERACTIVECORP

41271869.2

PROOF OF SERVICE

I, Jack-Lynn Sawyer, CCLS, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On May 2, 2008, I served a copy of the within document(s):

**[Proposed] Order Granting Motion to Strike RMG Technologies, Inc.'s Answer, Enter Default, and Dismiss Second Amended Counterclaims; and**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed envelope and affixing a prepaid air bill, and causing the envelope to be delivered to a Federal Express Overnight agent for delivery

Cipriano Garibay
RMG TECHNOLOGIES, INC.
301 N. Grand Street, Ste. 4300
Pittsburgh, PA 15219
Fax: (877) 284-1215
Phone: (866) 417-9506
E-mail: rmgtech@rmgtech.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

EXECUTED on May 2, 2008, at Los Angeles, California.

*/s/ Jack-Lynn Sawyer*
JACK-LYNN SAWYER, CCLS