UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RMG TECHNOLOGIES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-2534-ABC (JCx)<br><br>**ORDER GRANTING MOTION TO STRIKE RMG TECHNOLOGIES, INC.'S ANSWER, ENTER DEFAULT, AND DISMISS SECOND AMENDED COUNTERCLAIMS** |
| RMG TECHNOLOGIES, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>TICKETMASTER L.L.C., a Virginia limited liability company, IAC/INTERACTIVE CORP., a Delaware corporation, and ROES 1 through 10, inclusive,<br>Counterclaim-Defendants. | Date: June 2, 2008<br>Time: 10:00 a.m.<br>Place: The Courtroom of the Hon. Audrey B. Collins<br><br>Complaint filed: April 17, 2007 |

The motion of plaintiff and counterclaim-defendant Ticketmaster L.L.C. and counterclaim-defendant IAC/InterActiveCorp to strike defendant and counterclaimant the Answer of RMG Technologies, Inc. ("RMG"), enter default against RMG, and dismiss RMG's Second Amended Counterclaims came on regularly for hearing. RMG did not oppose or otherwise appear in response to Ticketmaster's motion. After considering the papers and evidence regarding this motion, and the pleadings and papers on file with the Court, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

IT IS HEREBY ORDERED:

1. that RMG's Answer to Ticketmaster L.L.C.'s First Amended Complaint is stricken;

2. that default judgment be entered against RMG; and

3. that RMG's Second Amended Counterclaims are dismissed with prejudice.

IT IS SO ORDERED.

Date: May 29, 2008

_____
Hon. Audrey B. Collins

SUBMITTED BY:

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. 108533)
MARK S. LEE (Bar No. 094103)
CHAD S. HUMMEL (Bar No. 139055)

__s/ Mark S. Lee_____
Mark S. Lee
Attorneys for *Plaintiff and Counter-Defendant* Ticketmaster L.L.C. and *Counter-Defendant* IAC/INTERACTIVECORP

41271869.2