# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | May 30, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

Present: The Honorable  Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:         Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:**     PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT  (In Chambers)

    Concurrent with this minute order, the Court is issuing and order granting Plaintiff's Motion for Default Judgment.  However, no proposed Judgment was filed with the Motion.  The Court therefore **ORDERS** Plaintiff to file immediately, **but no later than June 9, 2008**, a proposed Judgment.

                                                                                                                              :

Initials of Preparer    DA