ROBERT H. PLATT (CA Bar No. 1##533)
DONALD R. BROWN (CA Bar No. ##6548)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd., Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TICKETMASTER L.L.C. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 07-2534-ABC (JCx) |
| v. | |
| RMG TECHNOLOGIES, INC. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit 4 to the Declaration of Donald R. Brown, filed concurrently with Application By Ticketmaster L.L.C. and IAC/InterActiveCorp For Entry of Default Judgment Against RMG Technologies, Inc.

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other

**Reason:**
- ☐ Under Seal
- ☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

June 3, 2008
Date

Attorney Name
Donald R. Brown
Ticketmaster L.L.C. and IAC/InterAcvtiveCorp
Party Represented

Note: File one Notice in each case, each time you manually file document(s).