1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT H. PLATT (Bar No. CA 108533)
2      rplatt@manatt.com
   MARK S. LEE (Bar No. CA 094103)
3      mlee@manatt.com
   DONALD R. BROWN (Bar No. CA 156548)
4      dbrown@manatt.com
   RAAQIM A. S. KNIGHT (Bar No. CA 217630)
5      rknight@manatt.com
   11355 West Olympic Boulevard
6  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
7  Facsimile:   (310) 312-4224

8  Attorneys for *Plaintiff and Counter-Defendant*
   TICKETMASTER L.L.C. and *Counter-Defendant*
9  IAC/INTERACTIVECORP

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  TICKETMASTER L.L.C., a Virginia          No. CV 07-2534 ABC (JCx)
14  limited liability company,
                                             Hon.  Audrey B. Collins
15              Plaintiff,
                                             **PROOF OF SERVICE**
16       vs.

17  RMG TECHNOLOGIES, INC., a
    Delaware corporation, and DOES 1
18  through 10, inclusive,

19              Defendants.

20  RMG TECHNOLOGIES, INC., a
    Delaware corporation,
21
                Counterclaim-Plaintiff,
22
23       vs.

24  TICKETMASTER L.L.C., a Virginia
    limited liability company,
25  IAC/INTERACTIVE CORP., a
    Delaware corporation, and ROES 1
26  through 10, inclusive,

27              Counterclaim-Defendants.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE

I, Lori McCoy Shuler, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 11355 West Olympic Boulevard, Los Angeles, California  90064-1614.  On June 3, 2008, I served a copy of the within document(s):

**NOTICE OF MANUAL FILING;**

**NOTICE OF APPLICATION AND APPLICATION BY TICKETMASTER L.L.C. AND IAC/INTERACTIVECORP FOR ENTRY OF DEFAULT JUDGMENT AGAINST RMG TECHNOLOGIES, INC., MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF DONALD R. BROWN AND KEVIN MCLAIN**

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

☐　by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒　by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐　by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State Overnight agent for delivery.

☐　by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐　by sending an electronic message with attached PDF.

Cipriano Garibay
RMG Technologies, Inc.
301 Grand Street
Pittsburgh, PA 15219

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3

Executed on June 3, 2008, at Los Angeles, California.

4

5

*Lori McCoy Shuler*

Lori McCoy Shuler

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2