# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2534 ABC (JCx) | Date | June 4, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Daphne Alex | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None Present | | None Present | |

**Proceedings:**     PLAINTIFF'S PROPOSED JUDGMENT  (In Chambers)

     On May 29, 2008, the Court granted Plaintiff Ticketmaster LLC's Motion to Strike Defendant RMG Technologies, Inc's ("RMG") Answer and Enter Default Against RMG. On May 30, 2008, the Court ordered Plaintiff to file a proposed judgment. Plaintiff has done so, and has served the proposed judgment on RMG's CEO, C.J. Garibay, at the address where RMG's former counsel served its motion to withdraw as counsel. The Court will send this order to that address also. Any objection to the proposed judgment must be filed **no later than June 13, 2008**. In the absence of any objections, the Court may enter the judgment as proposed.

                                                                                                     :

Initials of Preparer    DA