# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2534 ABC (JCx) | Date | June 16, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. RMG Technologies Inc et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Daphne Alex | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   SUPPLEMENTAL BRIEFING RE: PLAINTIFF'S PROPOSED JUDGMENT (In Chambers)

On June 4, 2008, the Court issued a minute order giving Defendant until June 13, 2008, to object to the Proposed Default Judgment and Permanent Injunction ("Proposed Judgment") filed by Plaintiff on June 3, 2008. As of the date of this Order, Defendant has filed no objection.

The Court has reviewed the Proposed Judgment and its supporting materials. The Court is not satisfied that these materials properly support the Proposed Judgment insofar as it orders the "impoundment and destruction of all electronic and other copies of all bots, programs, or other automated devices used by RMG and all persons acting for its benefit or on its behalf to violate [Plaintiff's] rights." (Proposed Judgment ¶ 6.)

The Court therefore **ORDERS** Plaintiff to file a supplemental memorandum of no more than five (5) pages setting forth the legal basis for the impoundment component of the requested relief. Plaintiff must file the supplemental brief no later than **Monday, June 23, 2008.** Defendant may file a response on this limited issue, no more than five (5) pages in length, no later than **Monday, June 30, 2008.**

**Any supplemental briefing must be limited to addressing the impoundment component of the requested relief. The remainder of the relief requested in the Proposed Judgment is sufficiently supported by Plaintiff's papers, and Defendant has waived any objections thereto.**

**IT IS SO ORDERED.**

:

Initials of Preparer   DA