**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 25 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TICKEMASTER LLC, a Virginia limited liability company,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>RMG TECHNOLOGIES INC, a Delaware corporation,<br><br>        Defendant - Appellant. | No. 07-56666<br><br>D.C. No. CV-07-02534-ABC<br>Central District of California,<br>Los Angeles<br><br>ORDER  |

Before: W. FLETCHER, Circuit Judge

Defendant-Appellant RMG Technologies, Inc., is directed to file a response to Plaintiff-Appellee Ticketmaster L.L.C.'s Motion to Dismiss Appeal as Moot, filed June 23, 2008. Defendant-Appellant's response should be filed within 14 calendar days of the date of filing of this order.