**FILED**

UNITED STATES COURT OF APPEALS

JUL 25 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TICKETMASTER LLC, a Virginia limited liability company,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>RMG TECHNOLOGIES INC, a Delaware corporation,<br><br>　　　　Defendant - Appellant. | No. 07-56666<br><br>D.C. No. CV-07-02534-ABC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: NOONAN, W. FLETCHER, and GOULD, Circuit Judges.

Pursuant to the unopposed motion by the Appellee, filed June 23, 2008, this appeal is DISMISSED with prejudice, and each party shall bear its own costs and fees.

A copy of this order served on the district court shall constitute the mandate of this court.